UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GABRIELA ROSALES, on behalf of
herself and others similarly situated

        Plaintiff,

v().                                            Case No:  2:15-cv-711-FtM-38CM

EL MICHOACANA LLC,

        Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #26) filed on October 20, 2016. Judge Mirando recommends that Plaintiff's Motion for Conditional Certification of an FLSA Collective Action (Doc. #16) be granted in part and denied in part. No objections were filed, and the time to do so has now expired.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings. See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district judge must review legal conclusions *de novo*, even in the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

absence of an objection.  See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)

After careful consideration and an independent review of the file, the Court accepts, adopts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #26) is **ACCEPTED and ADOPTED**, and its findings are incorporated herein.
1. Plaintiff's Unopposed Motion to Conditionally Certify Class and Facilitate Notice to Potential Class (Doc. #16) is **GRANTED in part**.
2. Within fourteen (14) days of the date of this Order, Plaintiff and Defendants shall confer, draft, and file an agreed-upon Proposed Notice that is consistent with the guidance in the Report and Recommendation (Doc. #26).
3. If the Court approves the Proposed Notice, the Plaintiff shall, within thirty (30) days, send the approved Notice to all potential collective action members by first class mail.
4. All opt-in collective action members must return the consent form to Plaintiff's counsel with a postmark date no later than sixty (60) days after the Notice is mailed.
5. Plaintiff's counsel shall furnish a copy of all consents received to defense counsel and maintain all originals.

6. Plaintiff's counsel shall file a document identifying each opt-in collective action member and his or her address within ten (10) days of the expiration of the sixty (60) day opt-in deadline.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of December, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record