UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GABRIELA ROSALES, on behalf of
herself and others similarly situated,

           CASE NO.: 2:15-cv-711-FtM-38CM

    Plaintiff,

v.

EL MICHOACANO, LLC, a
Florida Limited Liability Company, d/b/a
EL TARASCO MEXICAN RESTAURANT,

    Defendant.
_____/

## JOINT NOTICE OF NON-OPPOSITION TO REPORT AND RECOMMENDATION

Plaintiff, GABRIELA ROSALES, on behalf of herself and others similarly situated, and Defendant, EL MICHOACANO, LLC d/b/a EL TARASCO MEXICAN RESTAURANT by and through their undersigned counsel, hereby notify the Court that the Parties do not have any opposition to the Report and Recommendation entered in this matter on August 28, 2017. [D.E. 38]

Dated this 1st day of September, 2017.

| | |
|---|---|
| **/s/ ANGELI MURTHY** | **/s/ SUZANNE M. BOY** |
| Angeli Murthy, Esquire | Suzanne M. Boy, Esq. |
| Florida Bar No.: 088758 | FL Bar No.: 0027377 |
| MORGAN & MORGAN, P.A. | HENDERSON, FRANKLIN, STARNES |
| 600 N. Pine Island Road | & HOLT, P.A. |
| Suite 400 | 1715 Monroe Street |
| Plantation, Florida 33324 | Fort Myers, FL 33902 |
| Telephone: (954) 318-0268 | Telephone: 239-344-1100 |
| Facsimile: (954) 327-3016 | Facsimile: 239-344-1545 |
| Email: amurthy@forthepeople.com | Email: Suzanne.Boy@henlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 1st day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of such filing to all counsel of record.

        **/s/ ANGELI MURTHY**
        ANGELI MURTHY, ESQ.